**LEWIS BRISBOIS BISGAARD & SMITH** LLP
MATTHEW D. TAGGART, SB# 227482
  E-Mail: Matt.Taggart@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900
TIMOTHY J. NALLY, SB# 288728
  E-Mail: Timothy.Nally@lewisbrisbois.com
2020 West El Camino Ave, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendant
VISTA RECREATION, a business entity

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| BROOKE CLENDENEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; VISTA RECREATION, a business entity,<br><br>Defendants. | Case No. 2:25-cv-03655-JDP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT VISTA RECREATION'S TIME TO FILE A RESPONSIVE PLEADING**<br><br>Trial Date:        None Set |

Pursuant to Local Rule 143, Plaintiff BROOKE CLENDENEN ("Plaintiff") and Defendant VISTA RECREATION, a business entity ("Vista" or "Defendant") hereby stipulate and agree as follows:

**WHEREAS**, the operative Complaint in this action was filed on December 18, 2025;

**WHEREAS**, Plaintiff filed a Proof of Service indicating that service on Vista was made on January 7, 2026 [Dkt. No. 8];

**WHEREAS**, Vista's current deadline to file a responsive pleading pursuant to Federal Rule of Civil Procedure 12(a)(1)(A) is January 28, 2026;

170304880.2

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT VISTA RECREATION'S
TIME TO FILE A RESPONSIVE PLEADING

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

**WHEREAS**, Plaintiff and Vista have met and conferred and agreed to extend Vista's deadline to file a responsive pleading by twenty-eight (28) days, to February 25, 2026;

**WHEREAS**, this stipulation will not alter the date of any event or deadline fixed by the Court.

**NOW, THEREFORE, IT IS HEREBY STIPULATED**, by and between Plaintiff and Vista, through their respective counsel, that Vista shall file a responsive pleading to the Complaint by or before February 25, 2026.

DATED:  January 30, 2026        LEWIS BRISBOIS BISGAARD & SMITH LLP


By: _____
        MATTHEW D. TAGGART
        TIMOTHY J. NALLY
        Attorneys for Defendant VISTA
        RECREATION, a business entity

DATED:  January 28, 2026        LAW OFFICE OF DANIEL M. O'LEARY


By: _____*/s/ Daniel M. O'Leary*_____
        DANIEL M. O'LEARY
        Attorneys for Plaintiff BROOKE CLENDENEN

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT VISTA RECREATION'S TIME TO FILE A RESPONSIVE PLEADING

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

**[PROPOSED] ORDER**

Pursuant to the stipulation of Plaintiff BROOKE CLENDENEN and Defendant VISTA RECREATION, identified in the Complaint in this action [Dkt. No. 1] (the "Complaint") as "VISTA RECREATION, a business entity" ("Vista") by and through their respective counsel, Vista shall file a responsive pleading to the Complaint by or before February 25, 2026.

IT IS SO ORDERED.

Dated:    February 3, 2026    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

170304880.2                                      3

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT VISTA RECREATION'S TIME TO FILE A RESPONSIVE PLEADING